

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:    Heather Hughes v. Peter Giammanco

Appellate case number:    01-18-00771-CV

Trial court case number:    2018-26459

Trial court:    129th District Court of Harris County

      Appellant has filed an emergency motion to stay trial court proceedings pending resolution of this interlocutory appeal. The Court requests that appellee file a response to the motion for emergency relief by no later than **4:00pm on September 19, 2018**.

      It is so ORDERED.


Judge's signature: /s/ Harvey Brown
           Acting individually


Date:  September 13, 2018